UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B.D.,

        Plaintiff,

   v.

KILOLO KIJAKAZI,

        Defendant.

Case No. 21-cv-04493-JCS

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 13

Defendant's motion for extension of time is GRANTED. Defendant shall file her answer and the administrative record no later than November 19, 2021.

The parties are reminded that under this Court's local rules, unopposed requests for extension of time should be filed as stipulations rather than motions. *See* Civ. L.R. 6-3(a)(2) (providing that a *motion* to extend time must address "the efforts the party has made to obtain a stipulation to the time change"); *see generally* Civ. L.R. 6-2 (addressing *stipulations* to extend time). Defendant is also admonished that where, as here, the circumstances requiring an extension are foreseeable, any motion to extend time should be filed well in advance of the deadline at issue, leaving at the very least the four days allowed for a response under Civil Local Rule 6-3(b).

**IT IS SO ORDERED.**

Dated: September 21, 2021

JOSEPH C. SPERO
Chief Magistrate Judge