UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.D.,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 21-cv-04493-JCS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 28 |

    Defendant Kilolo Kijakazi (the "Commissioner") moves for a three-day extension of time to file her cross motion and separate statement, continuing the deadline from July 29, 2022 to August 1, 2022. Dkt. 28. Although the Court previously stated that no further extensions would be granted, *see* dkt. 26, defense counsel has shown exigent circumstances requiring this short further continuance. The unopposed motion[1] is therefore GRANTED, and the Commissioner's motion and statement of the record are due August 1, 2022. The Court notes that the Commissioner has now filed her motion (dkt. 29) but has not yet filed her statement of the record.

    The deadline for Plaintiff's reply brief and response to the Commissioner's statement of the record (if needed, *see* dkt. 11) is CONTINUED to August 15, 2022 and will not be extended further unless similar exigent circumstances arise.

    **IT IS SO ORDERED.**

Dated: August 1, 2022

                                                  JOSEPH C. SPERO
                                                  Chief Magistrate Judge

---

[1] Counsel is once again reminded that under this Court's local rules, an unopposed request for an extension of time should be filed as a stipulation rather than as a motion. *See* dkt. 14 (citing Civ. L.R. 6-2, 6-3(a)(2)).