UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.D.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | Case No. 21-cv-04493-JCS<br><br>**ORDER GRANTING MOTION TO CONSIDER BRIEF**<br><br>Re: Dkt. No. 32 |

　　　　Plaintiff B.D. filed a motion asking the Court to consider a late-filed and overly long reply brief. After multiple extensions of time for both sides, the Court previously ordered that no further extensions would be granted in this case. Dkt. 26. The Court nevertheless granted a brief extension to defense counsel because of a family emergency, again stating that no further extensions would be granted absent similar exigent circumstances. Dkt. 30. Despite that admonition, Plaintiff's counsel missed the deadline for her reply brief by two weeks, taking twice the time allowed to file the brief. Counsel offers no excuse for her failure to meet the deadline, nor any persuasive reason why she could not comply with the page limit for a reply, but asks the Court to consider the brief so that her client will not be prejudiced by her errors.

　　　　Whether to consider this brief is a close call. Whether to impose professional sanctions on counsel for failure to follow local rules and a court order is a closer one. Because the brief will likely assist the Court in resolving the case, and because counsel's noncompliance has not in this instance caused meaningful prejudice to her opponent or to the Court, the motion is GRANTED. The Court declines to impose any sanction in this instance, but admonishes Plaintiff's counsel Barbara Mann that similar deficiencies in the future may result in referral to the Court's Standing Committee on Professional Responsibility—particularly if, as here, such noncompliance follows a clear order foreclosing future extensions of time.

　　　　**IT IS SO ORDERED.**

Dated: September 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge